**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **COACH, INC., and** | § | |
| **COACH SERVICES, INC.** | § | |
| | § | |
| v. | § | Case No. 4:11-CV-290 |
| | § | |
| **DEAL TIME, and JEFF DALY** | § | |

### FINAL JUDGMENT

In accordance with the parties' Stipulation of Dismissal Without Prejudice (Doc. No. 26), it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**

**SIGNED this 28th day of October, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE